# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GERTRUDE WARD,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 05-0226-WS-M |
| **JO ANNE B. BARNHART,** | : |
| **Commissioner of** | : |
| **Social Security,** | : |
| **Defendant.** | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's counsel be and is hereby **AWARDED** an EAJA fee in the amount of $1,292.50.

**DONE** and **ORDERED** this 31st day of May, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE